1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13 EMMETT HARRIS,                                 Case No. 1:19-cv-00763-LJO-SKO

14          Plaintiff,

                                                **ORDER TRANSFERRING CASE TO**
15     v.                                       **SACRAMENTO DIVISION**

16

17 MERCY HOSPITAL OF FOLSOM,

18          Defendant.
   _____/

19

20          This case was filed on May 31, 2019, by Plaintiff Emmett Harris, a state prisoner housed at

21 CSATF-Corcoran, proceeding *pro se* with this civil rights action.  For the reasons set forth below,

22 the undersigned finds that the case should be transferred to the Sacramento Division of the United

23 States District Court for the Eastern District of California.

24          Pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2), Plaintiff's Complaint is subject to an

25 initial review, or screening, to determine whether it is legally sufficient under the applicable

26 pleading standards prior to service of the Complaint on Defendant.

27          Pursuant to Rule 120(f) of the Local Rules of the United States District Court for the Eastern

28 District of California, a civil action which has not been commenced in the proper court may, on the

Court's own motion, be transferred to the proper court. Plaintiff's Complaint names as Defendant Mercy Hospital of Folsom, located in Folsom, Sacramento County, California, and alleges that Plaintiff was sexually assaulted at the hospital on June 10, 2018. (Doc. 1.) Plaintiff's complaint contains no allegations that mention any incidents occurring in, or any connection whatsoever to, the Fresno Division. In view of the connections to the Sacramento Division, specifically, that Defendant is in the Sacramento Division and all events alleged in the Complaint occurred in the Sacramento Division, and lack of connections to the Fresno Division, this case should be transferred to the Sacramento Division of the Eastern District of California.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: __June 4, 2019__                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE